IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ONE 2010 MERCURY MILAN
PREMIER, VIN 3MEHMOJA3AR617276
and REAL PROPERTY LOCATED AT 2828
26 5/16TH AVENUE, BIRCHWOOD,
WISCONSIN,

        Defendants.

ORDER

14-cv-111-jdp

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 7th day of July, 2014.

        BY THE COURT:
        /s/
        JAMES D. PETERSON
        District Judge