IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                    ORDER

v.

                                         14-cv-111-jdp

ONE 2010 MERCURY MILAN
PREMIER, VIN 3MEHMOJA3AR617276
and REAL PROPERTY LOCATED AT 2828
26 5/16TH AVENUE, BIRCHWOOD,
WISCONSIN,

                Defendants.

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 7th day of July, 2014.

                                      BY THE COURT:

                                      WILLIAM M. CONLEY
                                      District Judge