IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

           Plaintiff,           ORDER

  v.

                           14-cv-111-jdp

ONE 2010 MERCURY MILAN
PREMIER, VIN 3MEHMOJA3AR617276
and REAL PROPERTY LOCATED AT 2828
26 5/16TH AVENUE, BIRCHWOOD,
WISCONSIN,

           Defendants.

---

    I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

    Entered this 7th day of July, 2014.

                           BY THE COURT:
                           /s/

                           BARBARA B. CRABB
                           District Judge